## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH-PMF  MDL No. 2100 |

**This Document Relates To:**

      *Theresa Walker v. Bayer Corporation, et al.*    No. 10-cv-12132-DRH

### JUDGMENT IN A CIVIL CASE

     **DECISION BY COURT.**   This matter is before the Court for the purpose of docket control.

     **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on April 10, 2014, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                **NANCY J. ROSENSTENGEL,**
                                **CLERK OF COURT**

                                BY:__*/s/Sara Jennings*_____
                                  **Deputy Clerk**

**Dated:**  April 14, 2014

Digitally signed
by David R.
Herndon
Date: 2014.04.14
12:15:50 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**